# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.:

MARK BUNCH,

        Plaintiff,

v.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

        Defendant.

## COMPLAINT

COMES NOW the Plaintiff, Mark Bunch, by and through his attorneys, Kenneth J. Shakeshaft and Joseph M. Gorman of the Shakeshaft & Gorman Law Firm, LLP, and files this Complaint against the Defendant, Lincoln Life Assurance Company of Boston, as follows:

PARTIES AND JURISDICTIONAL ALLEGATIONS

1. This action arises under section 502(a) of the Employee Retirement Income Security Act (ERISA), and this District Court has jurisdiction under Title 28 U.S.C. § 1331(e) and (f).

2. Upon information and belief, the Defendant, Lincoln Life Assurance Company of Boston (hereinafter referred to as "Lincoln"), is an insurance corporation providing employment benefits including long term disability benefits.

3. The Plaintiff, Mark Bunch, is a resident of Colorado.

4. Venue is proper in the United States District Court for the District of Colorado pursuant to Title 29 U.S.C. §1132(e).

5. On or about February 13, 2018, the Plaintiff, Mark Bunch, was employed with Charter Communications, Inc., as a Sales Representative.

6. As part of his employment benefits, the Plaintiff was insured under a long-term disability policy issued by the Defendant, Lincoln, and governed by the Employees Retirement Income Security Act of 1974 (ERISA).

7. On February 13, 2018, the Plaintiff, Mark Bunch, was involved in a motor vehicle crash from which he suffered injuries, including a head injury, and developed long term medical disorders which prevent him from working in his prior employment with Charter Communications, Inc. or in any other employment. Since the crash the Plaintiff, Mr. Bunch never returned to work in any employment.

8. In 2017, his last year of full employment, with his employment with Charter Communications Inc, the Plaintiff, Mr. Bunch, earned $103,698.71.

9. As a result of his injuries and medical disorders, the Plaintiff, Mark Bunch, applied for long term disability (LTD) benefits with the Defendant, Lincoln. The Defendant, Lincoln, approved the LTD claim by the Plaintiff, Mr. Bunch with the effective first payment date of August 15, 2018.

10.     As a result of his inability to work in any employment, the Plaintiff, Mr. Bunch also applied for Social Security Disability Benefits (SSDI). The Plaintiff's application for SSDI benefits was approved by Social Security as the Plaintiff was unable to return to work in any occupation.

11.     On or about November 9, 2020, the Defendant, Lincoln, issued a decision terminating his long-term disability benefits, beyond November 9, 2020.

12.     The Plaintiff has medical disorders which include chronic pain syndrome, concussion, traumatic brain injury, cervical injury, and depression.

13.     Since February 13, 2018, the Plaintiff, Mark Bunch, has been unable to perform the material duties of his prior occupation as a sales representative and has been unable to return to any other gainful employment

14.     The Plaintiff has submitted information to the Defendant, Lincoln, including reports from his treating medical providers that the Plaintiff is disabled, is unable to return to work in his prior occupation or in any other gainful occupation.

15.     In spite of the submission of information and evidence including medical reports from his treating providers that he is disabled, the Defendant, Lincoln, has refused to re-instate the Plaintiff's disability benefits.

16.     The Plaintiff, Mr. Bunch, has exhausted his administrative remedies.

17.     The Defendant, Lincoln, has breached the policy and insurance contract by failing to re-instate and pay disability benefits.

18. The Plaintiff, Mark Bunch, is entitled to disability benefits under the terms of the plan. Pursuant to Title 29 U.S.C. § 1132(a), the Plaintiff is entitled to recover the past due benefits due to him under the provisions and terms of the plan.

19. Further, under Title 29 U.S.C. § 1132(a), the Plaintiff is entitled to a determination that the Defendant is obligated to pay him ongoing disability benefits as a result of his inability to perform the material and substantial duties of his regular occupation.

20. Pursuant to Title 29 U.S.C. §1132(g), the Plaintiff is entitled to an award of his reasonable attorney fees and costs incurred in pursuing and bringing this matter.

WHEREFORE, the Plaintiff, Mark Bunch, prays for this Court to enter judgment against the Defendant, Lincoln Life Assurance Company of Boston, in the amount to be determined for all disability benefits due, for a declaration the Defendant is obligated to pay ongoing disability benefits, for equitable relief, for reasonable attorney fees, pre-judgment interest and costs.

Respectfully submitted this 28th day of October, 2021.

Shakeshaft & Gorman Law Firm, LLP

*s/ Kenneth J. Shakeshaft*
Kenneth J. Shakeshaft, Esq.
Joseph M. Gorman, Esq.
ATTORNEYS FOR PLAINTIFF
627 N. Weber Street, Suite 1
Colorado Springs, CO  80903
Telephone: 719- 635-5886
Fax: 719- 635-0966
office@shakeshaftandgormanlaw.com

Plaintiff's address:
Mark Bunch
1529 Elm Avenue
Canon City, CO 81212