IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21cv02896-KMT

MARK BUNCH,

     Plaintiff,

v.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

     Defendant.

## **DEFENDANTS' SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant, Lincoln Life Assurance Company of Boston files Defendants' Submission of

Administrative Record pursuant to the Scheduling Order entered by the Court on January 26,

2022 (Document 12).

1.     Group Disability Income Policy (Lincoln/Bunch 0001-0048);

2.     August 31, 2021, correspondence containing decision on appeal (Lincoln/Bunch 0075-0090);

3.     The Administrative Record (Lincoln/Bunch 0049-0074, 0091-1407).

Dated this 3rd day of May 2022.

Respectfully submitted,

 /s/ Iwana Rademaekers
Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on May 3, 2022, I electronically transmitted the foregoing document to the

Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic

Filing to the following ECF registrants:

*Counsel For Plaintiff:*
Kenneth J. Shakeshaft, Esq.
Joseph M. Gorman, Esq.
E-mail:  office@shakeshaftandgormanlaw.com

 /s/ *Iwana Rademaekers*
Iwana Rademaekers

2