**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 21-cv-02896-LTB-SKC

MARK BUNCH,

       Plaintiff,

v.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,

       Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

       The Court has received the parties' Notice of Settlement (Doc 15 - filed June 8, 2022). Settlement/dismissal papers should be filed **on or before July 11, 2022.**

Dated:   June 9, 2022
_____