IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21cv02896-LTB-MDB

MARK BUNCH,

     Plaintiff,

v.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

     Defendant.

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Mark Bunch and Defendant Lincoln Life Assurance Company of file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 11th day of July 2022.

Respectfully submitted,

  /s/ Kenneth J. Shakeshaft
Kenneth J. Shakeshaft, Esq.
SHAKESHAFT & GORMAN LAW FIRM, LLP
627 N. Weber Street, Suite 1
Colorado Springs, CO  80903
PH:  (719) 635-5886
E-mail:  office@shakeshaftandgormanlaw.com

ATTORNEY FOR PLAINTIFF

**- AND -**

  /s/ Iwana Rademaekers          

Iwana Rademaekers

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

17304 Preston Road, Suite 800

Dallas, Texas 75252

Main:  (214) 579-9319

Fax:  (469) 444-6456

Email:  iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT